AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>GRETCHEN BUSELLI<br>a/k/a "Gretchen Yarbrough"<br><br>*Defendant(s)* | Case No.: 4:21mj222-MAF |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. Between on or about the date(s) of  June 17, 2021 and September 16, 2021,  in the county of  Leon  in the  Northern  District of  Florida , the above-named defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. § 1958 | Use of Interstate Commerce Facility in the Commission of Murder-for-Hire |

This criminal complaint is based on these facts:

that between on or about June 17, 2021, and on or about September 16, 2021, in the Northern District of Florida, the Defendant did knowingly and intentionally use or cause another to use the mail or any facility of interstate commerce with the intent that a murder be committed in violation of the laws of the State of Florida, as consideration for the receipt of, or as consideration for a promise or agreement to pay anything of pecuniary value;

☒  Continued on the attached affidavit.

*Complainant's signature*

Patrick Sanford / Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/15/21

City and state: Tallahassee, FL

*Judge's signature*

Martin A. Fitzpatrick / U.S. Magistrate Judge
*Printed name and title*


RCV'D USDC FLND TL
SEP 15 '21 PM 12:08