UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 4:21cr45-MW/MAF

GRETCHEN BUSELLI
_____/

**DEFENDANT'S AMENDED EXHIBIT LIST**

COMES NOW, the Defendant, GRETCHEN BUSELLI, by and through undersigned counsel, and hereby propounds the following list of potential defense exhibits in the trial of this cause. The Defendant reserves the right to supplement this exhibit list.

1. Records from the Facebook account of Christopher Colon, DOB 12/13/1974, User ID 100002835591325, "facebook.com/xxeox2002", Facebook user name "Chris Colon".

2. Records from the Facebook account of Gretchen Buselli, DOB 7/05/1974, User ID 637583975, "facebook.com/gretchen.yarbrough", Facebook user name "Gretchen Centauri".

3. Facebook Help - "Can I see deleted messages in Messenger?"

4. Facebook Help - "What happens to content (posts, pictures) that I delete from Facebook?"

5. 9/3/2020 Recording of Z.B.

6. 9/8/2020 Recording of Z.B.

7. 4/5/2021 Recording of Z.B.

8. 4/28/2021 Recording of Z.B.

9. Recording of C. Colon call to Hillsborough County Sheriff

10. 6/19/2021 call recording between Investigator Bennett and C. Colon

11. Cellbrite Report Instant Messages between Colon and Defendant with photos

12. Call Detail 7/12/2021-9/28/21

        Respectfully submitted,

        RANDOLPH P. MURRELL
        FEDERAL PUBLIC DEFENDER


        */s/Joseph F. DeBelder*
        JOSEPH F. DEBELDER
        Assistant Federal Public Defender
        Florida Bar No. 193800
        227 N. Bronough Street, Suite 4200
        Tallahassee, FL  32301
        Phone (850) 942-8818
        Fax (850) 942-8809

        Attorney for Defendant


## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished via ECF to Assistant United States Attorneys Eric Mountin and Lazaro Fields this 13th day of June, 2022.

        /s/ *Joseph F. DeBelder*