IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.   Case No.: 4:21-cr-45-MW

GRETCHEN BUSELLI
   a/k/a "Gretchen Yarbrough"

    Defendant

_____/

## GOVERNMENT'S AMENDED EXHIBIT LIST

| Exhibit No. | ID'd | Admitted | Exhibit Description |
|---|---|---|---|
| 1 | | | FBI Property Receipt for Recording Device |
| 1A | | | Consent to Search Form |
| 1B-1M | | | Photographs of Text Messages Between CW and Defendant |
| 2 | | | Audio Recording of Call between CW and Defendant on 7/9/2021 |
| 2A | | | Transcript of Exhibit 2 |
| 3 | | | Certified Verizon Records for (215) 614-3955 |
| 3A | | | Screenshot of Exhibit 3 |
| 3B | | | Verizon Certification of Authenticity |
| 4 | | | Certified TracFone Records for (215) 614-3955 |
| 4A | | | Screenshot of Exhibit 4 |
| 4B | | | TracFone Certification of Authenticity |
| 5 | | | Certified Surveillance Video from Walmart on 7/10/2021 |

| 5A | | | Screenshot of Exhibit 5 |
|---|---|---|---|
| 5B | | | Screenshot of Walmart Receipt for Burner Phone |
| 5C | | | Walmart Certification of Authenticity |
| 6 | | | First Envelope Mailing Received on 8/6/2021 |
| 6A | | | Consent to Search Form for Envelope Mailings on 8/6/2021 |
| 7 | | | Second Envelope Mailing Received on 8/6/2021 |
| 8 | | | Third Envelope Mailing Received on 8/6/2021 |
| 8A | | | Envelope Containing Third Mailing on 8/6/2021 |
| 9 | | | Fourth Envelope Mailing Received on 8/16/2021 |
| 9A | | | Consent to Search Form for Envelope Mailing on 8/16/2021 |
| 10 | | | Screenshot of Walmart Receipt for Visa Cards |
| 11 | | | Certified Surveillance Video from Walmart on 7/28/2021 |
| 11A | | | Screenshots of Exhibit 11 |
| 11B | | | Walmart Certification of Authenticity |
| 12 | | | Certified Surveillance Video from Target on 7/29/2021 |
| 12A | | | Screenshots of Exhibit 12 |
| 12B | | | Target Certification of Authenticity |
| 13 | | | Disc Containing Entirety of Cooperator and Defendant's Communications on Burner Phones |
| 13A | | | Spreadsheet Containing Text Messages from Exhibit 13 |
| 14 | | | Audio Recording of Call between Cooperator and Defendant on 8/20/2021 |
| 14A | | | Transcript of Exhibit 14 |

| | | | |
|---|---|---|---|
| 15 | | | Audio Recording of Call between UC and Defendant on 8/26/2021 |
| 15A | | | Transcript of Exhibit 15 |
| 15B | | | Disc Containing Entirety of UC and Defendant's Communications |
| 15C | | | Spreadsheet Containing Text Messages from Exhibit 15B |
| 16 | | | Audio Recording of Call between UC and Defendant on 9/8/2021 |
| 16A | | | Transcript of Exhibit 16 |
| 17 | | | Surveillance Footage from Money Drop on 9/13/2021 |
| 17A | | | Screenshot of Exhibit 17 |
| 17B | | | Photograph of Defendant's Vehicle |
| 18 | | | Entire Aircraft Surveillance Footage from Money Drop on 9/13/2021 |
| 18A | | | Door-to-Door Excerpt of Exhibit 18 |
| 19 | | | Lunchbox |
| 19A-19B | | | Photographs of Contents of Lunchbox |
| 20 | | | Discarded Socks Seized from Garbage Can |
| 21 | | | Hat Seized from Donation Box |
| 21A | | | Sunglasses Seized from Donation Box |
| 21B | | | Purple Shirt Seized from Donation Box |
| 21C | | | Black Pants Seized from Donation Box |
| 21D | | | Shoes Seized from Donation Box |

| | | | |
|---|---|---|---|
| 21E-21K | | | Photographs of Items Seized from Donation Box |
| 22 | | | Audio Recording of Call between UC and Defendant on 9/16/2021 |
| 22A | | | Transcript of Exhibit 22 |
| 23 | | | Body Worn Camera Footage from Interaction with Defendant on 9/16/2021 |
| 24 | | | Video of Defendant's Interview on 9/16/2021 |
| 24A | | | Transcript of Exhibit 24 |
| 24B | | | Signed Waiver of Rights |
| 24C-E | | | Photos Shown Defendant During 9/16/21 Interview |
| 25 | | | Krugerrands Seized from Defendant's Residence |
| 25A | | | Burner Phone Seized from Defendant's Residence |
| 25B-25K | | | Photos of Items Seized from Defendant's Residence |
| 26 | | | Phone Seized from Defendant on 9/16/2021 |
| 27 | | | (Not Used-Skipped) |
| 28 | | | Defendant's Letter to the Office of Attorney General Moody |
| 29 | | | Inv. Osborn Body Worn Camera Footage of Phone Call with Defendant on 8/12/2021 |
| 30 | | | Inv. Osborn Body Worn Camera Footage of Meeting with Defendant on 8/18/2021 |
| 31 | | | Forensic Interview of ZB by Child Protection Team |
| 32 | | | Defendant's Phone Call to CDA on 9/8/2020 |
| 33 | | | Forensic Interview of ZB by FBI Victim Specialist |
| 34 | | | Body Worn Camera Footage of Interaction with Defendant on 9/8/2020 |

| 35 | | | Body Worn Camera Footage of Interaction with Z.B. on 04/22/2021 |
|---|---|---|---|
| | | | |
| | | | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served via CM/ECF on this 1st day of August 2022.

Respectfully Submitted on August 1, 2022,

JASON R. COODY
UNITED STATES ATTORNEY

*/s/ Eric K. Mountin*
ERIC K. MOUNTIN
Assistant United States Attorney
Texas Bar no. 00784649
Northern District of Florida
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
Tel. 850-942-8430
Eric.mountin@usdoj.gov